United States District Court
Southern District of Texas
**ENTERED**
January 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ING BANK N.V., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-302 |
| | § | |
| M/V GENCO PIONEER, IMO NO. 9197935, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is the parties' Joint Motion to Stay. Dkt. 32. After considering the motion, and for good cause shown, the Motion is hereby **GRANTED**.

It is therefore **ORDERED** that this action is **STAYED** and **ADMINISTRATIVELY CLOSED** pending issuance of the United States Court of Appeals for the Fifth Circuit's panel opinion in No. 16-30194, *Valero Mktg. & Supply Co. v. M/V ALMI SUN*. Any party may file a motion to reopen this matter within **thirty days** of the issuance of the mandate.

SIGNED at Galveston, Texas, this 6th day of January, 2017.

_____
George C. Hanks Jr.
United States District Judge